**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Stephanie A. Blazewicz, California Bar No. 240359
Tina L. Naicker, California Bar No. 252766
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:       scott.greene@bryancave.com
             stephanie.blazewicz@bryancave.com
             naickert@bryancave.com

Attorneys for Plaintiff
CAPSTONE FINANCIAL GROUP, INC.

**BUCHALTER NEMER**
A Professional Corporation
Peter G. Bertrand, California Bar No. 87883
Karen L. Stevenson, California Bar No. 198482
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone:   (415) 227-0900
Facsimile:   (415) 227-0770
Email:       pbertrand@buchalter.com
             kstevenson@buchalter.com



IT IS SO ORDERED
Judge Edward J. Davila
5/14/2014

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CAPSTONE FINANCIAL GROUP, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRE PERFORMANCE, a California Corporation, AMIR ROSENBAUM, an individual; and DOES 1-10,<br><br>Defendants. | Case No. 5:13-cv-05422-EJD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

SF01DOCS\198226.1\C147332\0354486

1    Plaintiff Capstone Financial Group, Inc., and Defendants Spectre Performance and Amir
2 Rosenbaum (collectively, "Defendants") stipulate as follows:
3    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims against Defendants
4 are hereby dismissed in their entirety, with prejudice, with each party to bear its own costs,
5 expenses, and attorneys' fees.   The Clerk shall close this file.
6    It is so stipulated.

Dated: May 13, 2014        **BRYAN CAVE LLP**
                           C. Scott Greene
                           Stephanie Blazewicz
                           Tina L. Naicker

                           By:   /s/Stephanie A. Blazewicz
                                 Stephanie A. Blazewicz
                           Attorneys for Plaintiff
                           CAPSTONE FINANCIAL GROUP, INC.


Dated: May __, 2014        **BRYAN CAVE LLP**
                           Peter G. Bertrand
                           Karen L. Stevenson


                           By: _____
                                 Karen L. Stevenson
                           Attorneys for Defendants
                           SPECTRE PERFORMANCE and AMIR ROSENBAUM

560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105

Plaintiff Capstone Financial Group, Inc., and Defendants Spectre Performance and Amir Rosenbaum (collectively, "Defendants") stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims against Defendants are hereby dismissed in their entirety, with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

It is so stipulated.

Dated: May __, 2014

BRYAN CAVE LLP
C. Scott Greene
Stephanie Blazewicz
Tina L. Naicker

By: _____
Stephanie A. Blazewicz
Attorneys for Plaintiff
CAPSTONE FINANCIAL GROUP, INC.

Dated: May /2, 2014

BRYAN CAVE LLP
Peter G. Bertrand
Karen L. Stevenson

By: _/s/ Karen L. Stevenson_
Karen L. Stevenson
Attorneys for Defendants
SPECTRE PERFORMANCE and AMIR ROSENBAUM

Bryan Cave LLP
560 Mission Street, 25th Floor
San Francisco, California 94105

SF01DOCS\198226.1\C147732\0354486

STIPULATION FOR DISMISSAL